THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 16, 2016

G. Michael Halfenger
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN
<u>Court Minutes and Order</u>

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | March 8, 2016 |
| JUDGE: | G. Michael Halfenger |
| DEBTOR/CASE NO.: | Montell Foster, 13-31618 |
| | Realus Mills, 13-33117 |
| | Angela Blake, 13-33139 |
| | Ruby Harmon, 13-34411 |
| NATURE OF HEARING: | Combined hearing on applications for compensation and motions for attorneys' fees |
| APPEARANCES: | Jennifer Marchinowski, for the chapter 13 trustee |
| | Robert Stack, for the chapter 13 trustee |
| | Natalia Kushnir |
| | Realus Mills appeared |
| COURTROOM DEPUTY: | Kris Lucas |
| LAW CLERK: | Colin A. Drayton |

On March 8, 2016, the court held a combined hearing on applications for compensation and motions for attorneys' fees filed in Montell Foster case number 13-31618, Realus Mills case number 13-33117, Angela Blake case number 13-33139, and Ruby Harmon case number 13-34411.

The court observed that the time itemization was not sufficiently detailed and did not indicate if the individuals listed were attorneys or other professionals. Ms. Kushnir

explained that the professionals listed were all attorneys. She also explained some of the entries used by her firm to identify and explain events.

The court also inquired into two issues of ambiguity. The court observed that billing $295 per hour for all services going back to the beginning of the case seemed inconsistent with the initial disclosure statement that indicated services would be billed at $275 per hour. Additionally, the court inquired whether the disclosure statement provided for a $3,500 flat fee for the services listed.

The court also questioned the propriety under Section 330(a)(4)(B) of charging for time in connection with preparation of the application for compensation.

Ms. Kushnir requested additional time to investigate the court's concerns.

Mr. Mills questioned the propriety of the fee application.

The court adjourned the combined hearings on these four cases to **April 5, 2016, at 1:00 p.m. in Room 133**.

The court instructed Mr. Mills that he may appear at the adjourned hearing or file a writing with the court before that time if he desired to maintain his objection.

#####